# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cr-00247-ODE-GGB
## USA v. Kay
### Honorable Orinda D. Evans

Minute Sheet for proceedings held In Open Court on 06/18/2008.

| | |
|---|---|
| TIME COURT COMMENCED: 3:33 P.M. | COURT REPORTER: Andy Ashley |
| TIME COURT CONCLUDED: 3:36 P.M. | CSO/DUSM: USPO Jeff Caldwell |
| TIME IN COURT: 00:03 | DEPUTY CLERK: Vicki Hanna |

| | |
|---|---|
| DEFENDANT(S): | [1]Wayne Henry Kay Present at proceedings |
| ATTORNEY(S) PRESENT: | Suzanne Hashimi representing Wayne Henry Kay<br>Paul Jones representing USA |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing Non-evidentiary); |
| REVOCATION HEARING INFO. | Defendant ADMITTED allegations.<br>Court found that defendant DID violate conditions of Supervised Release.<br>Supervised Release was REVOKED. |
| MINUTE TEXT: | CBP 8 months. |